**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District Of New York
(State)

Case number (If known): _____   Chapter 11

❑ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Skip Barber Racing School LLC |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   0 6 – 1 6 3 4 6 6 8

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 162 Amenia Union Rd. | |
| Number    Street | Number    Street |
| | P.O. Box |
| Amenia          NY   12501 | |
| City          State   ZIP Code | City          State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| DUTCHESS | |
| County | Number    Street |
| | |
| | City          State   ZIP Code |

5. **Debtor's website** (URL)   www.skipbarber.com

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ❑ Partnership (excluding  LLP)

   ❑ Other. Specify: _____

| Debtor | Skip Barber Racing School LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_6_ _1_ _1_ _6_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
    MM / DD / YYYY

    District _____ When _____ Case number _____
    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

    District _____ When _____
    MM / DD / YYYY

    Case number, if known _____

| Debtor | Skip Barber Racing School LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

_____

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☒ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Skip Barber Racing School LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/22/2017
        MM  / DD / YYYY

✘ /s/ Michael Culver                          Michael Culver
Signature of authorized representative of debtor    Printed name

Title Managing Member

**18. Signature of attorney**

✘ /s/ Gerard R. Luckman              Date  5/22/2017
Signature of attorney for debtor              MM  / DD / YYYY

NY

Gerard R. Luckman
Printed name

Forchelli, Curto, Deegan, Schwartz, Mineo & Terrana, LLP
Firm name

333 Earle Ovington Bld., Suite 1010
Number        Street

Uniondale                                NY        11553
City                                     State      ZIP Code

(516) 248-1700                           gluckman@forchellilaw.com
Contact phone                            Email address

_____        NY
Bar number                               State

---

---

**Fill in this information to identify the case:**

Debtor name  Skip Barber Racing School LLC

United States Bankruptcy Court for the:   Southern District Of New York

Case number (If known):

☐ Check if this is an amended filing

---

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Lime Rock Park<br>497 Lime Rock Rd.<br>Lakeville, CT 06039 | | track rent | | | | $1,225,000.00 |
| 2 Peoples Credit Card<br>255 Bank Street<br>Waterbury, CT 06702 | | credit card | | | | $249,000.00 |
| 3 Road Atlanta<br>5300 Winder Highway<br>Braselton, GA 30517 | | track rent | | | | $239,617.19 |
| 4 County of Monterey<br>168 West Aisal Street, 3d Fl.<br>Salinas, CA 93901 | | track rent | | | | $169,568.00 |
| 5 Lowry Insurance<br>2101 Rexford Rd, Suite 150-W<br>Charlotte, NC 28211 | | insurance | Contingent | | | $125,329.00 |
| 6 Green Savoree-Mid Ohio LLC<br>7721 Steam Corners Rd.<br>Lexington, OH 44904 | | track rent | | | | $112,000.00 |
| 7 Smith & Howard, PC<br>271 17th Street, NW, Suite 1600<br>Atlanta, GA 30363 | | tax/audit fees | | | | $111,595.25 |
| 8 Penske Truck Leasing LP<br>PO Box 563<br>Rt. 10 Green Hills<br>Reading, PA 19607 | | lease/fuel charges | | | | $107,770.51 |

Debtor    Skip Barber Racing School LLC _____    Case number (*if known*)_____
                    Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **See Attachment 1** 17047 Beeline Hwy Jupiter, FL 33478 | | track rent | | | | $105,983.00 |
| 10 | Indycar 4551 West 16th Sreet Indianapolis, IN 46222 | | marketing | Disputed | | | $66,000.00 |
| 11 | Alston & Bird 1201 West Peachtree Street Atlanta, GA 30309 | | legal fees | | | | $62,125.61 |
| 12 | Virginia International Raceway 1245 Pine Tree Road Alton, VA 24520 | | track rent | | | | $56,623.77 |
| 13 | Road Atlanta 5300 Winder Highway Braselton, GA 30517 | | building rent | | | | $48,000.00 |
| 14 | K&K Inusrance Group, Inc. 1712 Magnavox Way Fort Wayne, IN 46804 | | insurance | Contingent | | | $45,704.50 |
| 15 | Salesforce.com Inc. The Landmark at One Market Suite 300 San Francisco, CA 94105 | | software license | | | | $40,484.16 |
| 16 | NOLA Motor Club LLC PO Box 2340 Marrero, LA 70073 | | | | | | $39,675.00 |
| 17 | Littler Mendelson PC 3344 Peachtree Road NE Suite 1500 Atlanta, GA 30326 | | legal fees | | | | $35,255.34 |
| 18 | MG Studio.Com 1319 West 11th Street Los Angeles, CA 90015 | | leased cars | | | | $32,848.96 |
| 19 | Bay Park Hotel 1425 Munras Avenue Monterey, CA 93940 | | event hotel | | | | $32,618.57 |
| 20 | Willow Springs Int'l Raceway 3500 75th St. W Rosamond, CA 93560 | | track fees | | | | $29,600.00 |

## Attachment
## Debtor: Skip Barber Racing School LLC    Case No:

**Attachment 1**

**Palm Beach International Raceway**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re:

                                      Case No. BKY

Skip Barber Racing School LLC,

Debtor(s)                                   Chapter 11 Case

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Michael Culver, declare under penalty of perjury that I am the Managing Member of Skip Barber Racing School LLC, a Delaware corporation and that on May 2, 2017 the following resolution was duly adopted by the  of this corporation:

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11  of Title 11 of the United States Code;

Be It Therefore Resolved, that Michael Culver, Managing Member of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Michael Culver, Managing Member of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Michael Culver, Managing Member of this corporation, is authorized and directed to employ Gerard R. Luckman, attorney and the law firm of Forchelli, Curto, Deegan, Schwartz, Mineo & Terrana, LLP to represent the corporation in such bankruptcy case and to retain Rust Omni as its claims and noticing agent.

| Executed on:  May 22, 2017 | Signed: /s/ Michael Culver |
| --- | --- |
|  | Michael Culver 162 Amenia Union Road, Amenia, NY 12501 (*Name and Address of Subscriber*) |

# United States Bankruptcy Court
**Southern District of New York**

In re **Skip Barber Racing School LLC**                                    Case No.

        Debtor.                                                           Chapter  **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **Skip Barber Racing School LLC**        (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a)
and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity
interests are listed below:

OR,

_**X**_ There are no entities to report.

By:_____/s/ Gerard R. Luckman_____
        **Gerard R. Luckman**
        Signature of Attorney

        Counsel for
        Bar no.:
        Address.:**333 Earle Ovington Bld., Suite**
                **1010**
                **Uniondale, New York 11553**
        Telephone No.:**(516) 248-1700**
        Fax No.:**(516) 248-1729**
        E-mail address:**gluckman@forchellilaw.c**

**Fill in this information to identify the case:**

Debtor name **Skip Barber Racing School LLC**

United States Bankruptcy Court for the: **Southern District of New York**

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**          $500.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Regions Bank, Gainesville, GA | Checking | 9 8 3 9 | $2,500.00 |
| 3.2. | | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $_____ |
| --- | --- | --- |
| 4.2. | _____ | $_____ |

5. **Total of Part 1**          $3,000.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | Security Deposit with Megan Real Estate Developers | $3,500.00 |
| --- | --- | --- |
| 7.2. | _____ | $_____ |

Debtor    Skip Barber Racing School LLC _____    Case number (if known)_____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____    $_____

   8.2. _____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                 $**3,500.00**_____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    **$500.00**_____ – **$0.00**_____ = ........➔    $**500.00**_____
                                 face amount                  doubtful or uncollectible accounts

    11b. Over 90 days old:       **$0.00**_____ – **$0.00**_____ = ........➔    $**0.00**_____
                                 face amount                  doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $**500.00**_____

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

    15.1. _____    _____%    _____    $_____

    15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____    _____    $_____

    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                 $_____

Debtor  **Skip Barber Racing School LLC**
_____
Name

Case number *(if known)*_____

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** Auto parts inventory | 8/24/2016 MM / DD / YYYY | $2,000,000.00 | | $1,600,000.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$1,600,000.00

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☒ Yes  Bank appraisal - liquidation values

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor  **Skip Barber Racing School LLC** _____   Case number (*if known*)_____
        Name

---

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Office furniture and computer equipment | $_____ | _____ | $**5,000.00** |
| 40. **Office fixtures** <br> _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 Misc. memorabilia, photos, trophies | $_____ | _____ | $**1,000.00** |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$**6,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☒ Yes

---

Debtor  **Skip Barber Racing School LLC**
Name

Case number *(if known)*_____

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 **See Attachment 1** | $_____ | _____ | $1,489,500.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 **Auto motors** | $_____ | _____ | $50,000.00 |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| **Jigs for car builds, frame straightening machine, tools** | $_____ | _____ | $100,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$1,639,500.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☒ Yes   Bank appraisal - liquidation values

---

Debtor **Skip Barber Racing School LLC**
Name

Case number (if known)_____

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **See Attachment 2** | **Leasehold** | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$**0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Brand name, teaching techniques** | $_____ | | $**2,000,000.00** |
| 61. **Internet domain names and websites** _____ | $_____ | | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** **Customer List** | $_____ | | $**Unknown** |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | | $_____ |
| 65. **Goodwill** _____ | $_____ | | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$**2,000,000.00**

Debtor    **Skip Barber Racing School LLC**    Case number *(if known)*_____
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 11:    All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜    $_____
                             Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**Fuel tax refund**    Tax year _____    $**30,000.00**

_____    Tax year _____    $_____

_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested_    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**See Attachment 3**    $**2,000.00**

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $**32,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor  **Skip Barber Racing School LLC**
        Name

Case number *(if known)*_____

---

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,600,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $6,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,639,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $32,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ....................91a. | $5,284,500.00 | + 91b. $0.00 |

92.    **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ............................................................  $5,284,500.00

---

**Attachment**
**Debtor: Skip Barber Racing School LLC    Case No:**

**Attachment 1**

Race vehicles, support vehicles (vans, trucks, trailers) see attached schedule

**Attachment 2**

5489 Technology Parkway, Braselton, GA 30517

**Attachment 3**

Jackets & shirts for resale, driving suits, employee uniforms

| | Notes | | Unit Number | Chassis Number | Issues | Status | ETR | Fleet Type | Location | VIN/Chassis # | Color |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Van | Owned | | 170 | 33399 | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | Support/Shop | CA | 1FBSS31L87DA14460 | White |
| Van | Owned | | 171 | 38214 | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | Support/Shop | CA | 1FBSS31LX7DA21555 | White |
| Dually | Owned | | 360 | 43728 | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | Support/Shop | CA | 1FTWW32P27EB01616 | White |
| Dually | Owned | | 361 | 36012 | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | Support/Shop | CA | 1FTWW32P27EB01610 | White |
| Van | Owned | | 370 | 26954 | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | Support/Shop | CA | 1FBSS31L67DA05905 | White |
| Van | Owned | | 372 | 15607 | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | Support/Shop | CA | 1FBSS31L67DA88668 | White |
| MX-5 Club Sport | Owned | | 663 | | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | DS | CA | JM1NC2LF2D0231089 | Black |
| MX-5 Club Sport | Owned | | 665 | 2363 | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | DS | CA | JM1NC2LF4D0231093 | Black |
| MX-5 Club Sport | Owned | | 666 | 2545 | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | DS | CA | JM1NC2LF0D0231057 | Black |
| Dually | owned | | 904 | 126479 | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | Support/Shop | CA | 1FTJW35FXVEA46723 | White |
| Porsche 911 | leased | | 5703 | 1120 | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | HP | CA | WP0AA2A90DS106291 | Silver |
| Porsche 911 | leased | | 5713 | 1210 | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | HP | CA | WP0AA2A98DS106281 | Red |
| Porsche 911 | leased | | 5723 | 652 | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | HP | CA | WP0AA2A92DS106289 | Red |
| Trailer | Show Car | | C1601R | | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | Support/Shop | CA | 48B500G22Y1045739 | |
| Trailer | Box Trailer | | C1801R | | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | Support/Shop | CA | 16MF11821MD017464 | |
| Trailer | Box Trailer | | C1802R | | | In Service | MRLS 1021 Monterey-Salinas Highway, Salinas, CA 93908 | Support/Shop | CA | 4HXDC1829VC003019 | |
| | | | | | | | | | | | |
| Trailer | Box Trailer | | S4805R | | | BER | Sebring Raceway 108 Golden Eagle Dr. Sebring FL. 33870 | Support/Shop | FL | 1GRAB9621EB034901 | |
| Trailer | Tire Trailer | | C4804G | | | BER | Sebring Raceway 108 Golden Eagle Dr. Sebring FL. 33870 | Support/Shop | FL | 1GRAA9622LB049908 | |
| | | | | | | | | | | | |
| Formula | Owned | | 1 | 1 | Show Car | Out of Service | | Formula | GA | | |
| Formula | Owned | | 2 | 312 | | Out of Service | | Formula | GA | 4/1/2008 | |
| Formula | | | 3 | 9022 | | Out of Service | framed | Formula | GA | | |
| Formula | Owned | | 4 | 316 | | Out of Service | bare chassis | Formula | GA | 4/1/2011 | |
| Formula | Weld Shop | | 5 | 9005 | | Out of Service | Lower frame rail | Formula | GA | 1/1/2010 | |
| Formula | | 5489 | 6 | 174 | | Out of Service | blown engin | Formula | GA | 11/1/2008 | |
| Formula | MRLS Schools | | 7 | 193 | | Out of Service | rear clip | Formula | GA | 4/1/2008 | |
| Formula | Owned | | 8 | 9016 | | Out of Service | framed roll hoop | Formula | GA | | |
| Formula | Owned | | 9 | 318 | | Out of Service | | Formula | GA | 10/1/2012 | |
| Formula | Owned | | 10 | 213 | | Out of Service | bare chassis-final insp | Formula | GA | 5/1/2010 | |
| Formula | | 5489 | 11 | 9017 | | Out of Service | crahed at amp rw rf/rr no drivetrain | Formula | GA | 1/1/2010 | |
| Formula | | 5489 | 12 | 9000 | | Out of Service | both front corners | Formula | GA | 1/1/2013 | |
| Formula | | 5489 | 14 | 159 | | In Service | | Formula | GA | 7/1/2013 | |
| Formula | Owned | | 15 | 250 | | Out of Service | | Formula | GA | 7/1/2006 | |
| Formula | RATL | | 16 | 246 | | Out of Service | Lf upright | Formula | GA | 8/1/2006 | |
| Formula | | 5489 | 17 | 154 | | Out of Service | blown engin | Formula | GA | 2/1/2009 | |
| Formula | Owned | | 18 | 9024 | | Out of Service | | Formula | GA | 3/1/2010 | |
| Formula | | 5489 | 19 | 301 | | In Service | | Formula | GA | 6/1/2012 | |
| Formula | | 5489 | 20 | 9015 | | In Service | | Formula | GA | 10/1/2010 | |
| Formula | Owned | | 21 | 244 | | Out of Service | stripped ready for repair | Formula | GA | 6/1/2012 | |
| Formula | Owned | | 22 | 157 | | Out of Service | | Formula | GA | 10/1/2012 | |
| Formula | Owned | | 23 | 265 | | Out of Service | framed fixed ready for powder coat | Formula | GA | 2/1/2008 | |
| Formula | | 5489 | 24 | 9012 | | Out of Service | New Build 5-25-16 | Formula | GA | | |
| Formula | Owned | | 25 | 287 | | Out of Service | | Formula | GA | 5/1/2007 | |
| Formula | Owned | | 26 | 305 | | Out of Service | | Formula | GA | 11/1/2007 | |
| Formula | Owned | | 27 | 9019 | | Out of Service | | Formula | GA | 4/1/2013 | |
| Formula | Owned | | 28 | 315 | | Out of Service | framed rr lower a arm lower bung/ possible rear clip/transmission | Formula | GA | 4/1/2009 | |
| Formula | | 5489 | 29 | 257 | | Out of Service | | Formula | GA | 7/1/2008 | |
| Formula | | 5489 | 30 | 247 | | In Service | | Formula | GA | 6/1/2013 | |
| Formula | | 5489 | 31 | 308 | | Out of Service | blown engin | Formula | GA | 12/1/2007 | |
| Formula | Owned | | 32 | 266 | | Out of Service | stripped ready for repair | Formula | GA | 10/1/2006 | |
| Formula | Owned | | 33 | 351 | | Out of Service | | Formula | GA | 6/1/2007 | #251? |
| Formula | | 5489 | 34 | 9023 | | In Service | | Formula | GA | 3/1/2010 | |

| | | | | | | Status | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Formula | | 5489 | 35 | 307 | | In Repair | install trans | Formula | GA | 5/1/2008 | |
| Formula | Owned | | 36 | 271 | | Out of Service | | Formula | GA | 5/1/2008 | |
| Formula | Weld Shop | | 37 | 313 | 641 | Out of Service | Complete Ready for Poweder Coat | Formula | GA | 5/1/2008 | |
| Formula | | 5489 | 38 | 9014 | | In Service | | Formula | GA | 2/1/2013 | |
| Formula | SHOP | | 39 | 320 | | Out of Service | LR Top Rail and support | Formula | GA | 11/1/2012 | |
| Formula | Owned | | 40 | 304 | | Out of Service | | Formula | GA | 2/1/2013 | |
| Formula | Owned | | 41 | 319 | | Out of Service | | Formula | GA | 4/1/2009 | |
| Formula | | 5489 | 42 | 9004 | | In Repair | getting drivetrain | Formula | GA | 2/1/2010 | |
| Formula | Owned | | 43 | 155 | | Out of Service | | Formula | GA | 8/1/2011 | |
| Formula | RATL | | 44 | 9025 | | Out of Service | roll over | Formula | GA | | |
| Formula | | 5489 | 45 | 9021 | | In Service | | Formula | GA | | |
| Formula | Owned | | 46 | 310 | | Out of Service | | Formula | GA | 2/1/2011 | |
| Formula | Owned | | 47 | 31 | | Out of Service | | Formula | GA | 9/1/2011 | |
| Formula | Owned | | 48 | 9018 | | Out of Service | | Formula | GA | 10/1/2010 | |
| Formula | Owned | | 49 | 243 | | Out of Service | | Formula | GA | 9/1/2012 | |
| Formula | Shop | | 50 | 268 | R.Road Crash | Out of Service | Front bulk head | Formula | GA | 11/1/2006 | |
| Formula | | 5489 | 51 | 9008 | | Out of Service | lr corner /no drivetrain | Formula | GA | 11/1/2012 | |
| Formula | Owned | | 52 | 249 | | Out of Service | stripped ready for repair | Formula | GA | 7/1/2012 | |
| Formula | Owned | | 53 | 9027 | | Out of Service | | Formula | GA | 10/1/2010 | |
| Formula | Owned | | 54 | 218 | | Out of Service | ready for final inspection/powder coat | Formula | GA | 8/1/2008 | |
| Formula | Owned | | 55 | 9002 | | Out of Service | | Formula | GA | 12/1/2012 | |
| Formula | | 5489 | 56 | 230 | | In Repair | get it to start | Formula | GA | 3/1/2013 | |
| Formula | Owned | | 57 | 322 | | Out of Service | | Formula | GA | 2/1/2009 | |
| Formula | | 5489 | 58 | 234 | | In Service | | Formula | GA | 12/1/2011 | |
| Formula | Owned | | 59 | 9013 | | Out of Service | | Formula | GA | 10/1/2012 | |
| Formula | Owned | | 60 | 321 | | Out of Service | | Formula | GA | 4/1/2010 | |
| Formula | Owned | | 61 | 184 | | Out of Service | | Formula | GA | 8/1/2007 | |
| Formula | Owned | | 62 | 9001 | | Out of Service | | Formula | GA | 3/1/2009 | |
| Formula | Owned | | 63 | 48 | | Out of Service | | Formula | GA | 7/1/2011 | |
| Formula | | 5489 | 64 | 9026 | | In Service | | Formula | GA | Not on FAL | |
| Formula | | | 65 | 286 | | Out of Service | | Formula | GA | 12/1/2011 | |
| Formula | Pitt/RA Races | | 66 | 220 | Front Rail | Out of Service | | Formula | GA | 8/1/2007 | |
| Formula | RATL | | 67 | 303 | | Out of Service | framed lower rail | Formula | GA | 8/1/2013 | |
| Formula | Owned | | 68 | 285 | | Out of Service | | Formula | GA | 4/1/2007 | |
| Formula | RATL School/Thomp | | 71 | 224 | R.Road Crash | Out of Service | | Formula | GA | 11/1/2006 | |
| Formula | | 5489 | 72 | 306 | | In Service | | Formula | GA | 11/1/2007 | |
| Formula | | 5489 | 73 | 263 | | In Service | | Formula | GA | 7/1/2012 | |
| Formula | Owned | | 74 | 314 | | Out of Service | | Formula | GA | 10/1/2012 | |
| Formula | Owned | | 75 | 264 | | Out of Service | | Formula | GA | 7/1/2006 | |
| Formula | | 5489 | 76 | 311 | | In Service | | Formula | GA | 12/1/2009 | |
| Formula | Owned | | 78 | 283 | | Out of Service | framed bulkhead | Formula | GA | 12/1/2011 | |
| Formula | Owned | | 80 | 9010 | | Out of Service | | Formula | GA | 8/1/2007 | |
| Formula | Owned | | 81 | 9010 | | Out of Service | | Formula | GA | 1/1/2010 | |
| Formula | Owned | | 82 | 9011 | | Out of Service | | Formula | GA | 12/1/2011 | |
| Formula | | 5489 | 83 | 9009 | | Out of Service | over charging issue | Formula | GA | 3/1/2013 | |
| Formula | Owned | | 84 | 19 | | Out of Service | | Formula | GA | Not on FAL | |
| Formula | | 5489 | 85 | 9003 | | In Service | | Formula | GA | 12/1/2012 | |
| Formula | Car Build | | 86 | 302 | | Out of Service | Full car build | Formula | GA | 8/1/2011 | |
| Formula | Owned | | 87 | 253 | | Out of Service | | Formula | GA | 1/1/2007 | |
| Formula | | 5489 | 88 | 284 | | Out of Service | roll over no trans | Formula | GA | 5/1/2010 | |
| Formula | Owned | | 90 | 9007 | | Out of Service | | Formula | GA | 11/1/2012 | |
| Formula | Owned | | 91 | 192 | | Out of Service | | Formula | GA | 7/1/2011 | |
| Formula | Weld Shop | | 92 | 9020 | | Out of Service | Front damage | Formula | GA | 4/1/2013 | |
| Formula | Owned | | 93 | 252 | | Out of Service | | Formula | GA | 8/1/2011 | |
| Formula | Owned | | 94 | 27 | | Out of Service | ready for final inspection/powder coat | Formula | GA | 7/1/2013 | |

Skip Barber Racing School LLC

Vehicle Inventory

| Type | Status | 5489 | No. | | | Service | Notes | Class | GA | VIN | Color |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Formula | Owned | | 95 | 226 | | Out of Service | | Formula | GA | 12/1/2009 | |
| Formula | Owned | | 97 | 317 | | Out of Service | | Formula | GA | 4/1/2008 | |
| Formula | MRLS Schools | | 98 | 309 | | Out of Service | engine/tranny | Formula | GA | 5/1/2008 | |
| Formula | | 5489 | 99 | 270 | | Out of Service | no trans rr damaged | Formula | GA | 7/1/2007 | |
| Dually | leased | | 160 | | 54385 | In Service | Fifth Wheel No Tank | Support/Shop | GA | 1FTWW32R18EB66144 | White |
| Dually | leased | | 161 | | | In Repair | Turbo | Support/Shop | GA | 1FTWW32R78EB66150 | |
| Dually | leased 5489 | | 162 | | | In Repair | Fuel Filters 5/22/16 | Support/Shop | GA | 1FTWW32R48EB66154 | White |
| Van | leased 5489 | | 172 | | 87435 | In Repair | | Support/Shop | GA | 1FBSS31LX7DA21443 | Red |
| Van | leased 5489 | | 173 | | 75462 | In Repair | | Support/Shop | GA | 1FBSS31L97DA14385 | Blue |
| Dually | leased | | 260 | | 124560 | In Service | | Support/Shop | GA | 1FTWW32P17EB09942 | White |
| Dually | leased 5489 | | 262 | | | In Repair | Fuel Filters 5/23/16 | Support/Shop | GA | 1FTWW329XEC69717 | |
| van | leased 5489 | | 274 | | | In Repair | Transmission | Support/Shop | GA | 1FB5531L67DA05966 | White |
| Van | leased 5489 | | 275 | | | In Repair | | Support/Shop | GA | 1FBSS31L07DA28160 | White |
| Van | leased 5489 | | 276 | | | In Repair | | Support/Shop | GA | 1FBSS31L47DA06744 | White |
| Van | leased 5489 | | 371 | | | In Repair | | Support/Shop | GA | 1FBSS31L37DA03155 | White |
| Dually | owned | | 460 | | | In Service | 5 Speed/ Big Tank | Support/Shop | GA | 1FTWX32F0XED19498 | White |
| Mazda MX-5 | Owned | | 600 | | | Out of Service | | MX-5 | GA | JM1NC25F170136654 | White |
| Mazda MX-5 | Bone Yard | | 601 | | | Out of Service | Crash MRLS 3/5 | MX-5 | GA | JM1NC25F870130625 | White |
| Mazda MX-5 | Gearbox | | 602 | | | Out of Service | Chassis Repair | MX-5 | GA | JM1NC25F870133895 | Black |
| Mazda MX-5 | BFG | | 603 | Front Impact | | Out of Service | | MX-5 | GA | JM1NC25F670133863 | White |
| Mazda MX-5 | Bone Yard | | 604 | | | Out of Service | | MX-5 | GA | JM1NC25F570133692 | Black |
| Mazda MX-5 | Owned | | 605 | 67 | | Out of Service | sam adams car (ProChallenge) | MX-5 | GA | JM1NC25F170132457 | Black |
| Mazda MX-5 | | 5489 | 606 | | | In Repair | diff/clutch/ trans | MX-5 | GA | JM1NC25F070133423 | Red |
| Mazda MX-5 | | 5489 | 607 | | | In Service | | MX-5 | GA | JM1NC25F770130695 | White |
| Mazda MX-5 | 5489 out back | | 608 | | | Out of Service | | MX-5 | GA | JM1NC25FX70130027 | Black |
| Mazda MX-5 | | 5489 | 609 | | | In Service | | MX-5 | GA | JM1NC25F970129130 | Black |
| Mazda MX-5 | | 5489 | 610 | | | In Service | | MX-5 | GA | JM1NC25F271033925 | Black |
| Mazda MX-5 | 5489 out back | | 611 | | | Out of Service | | MX-5 | GA | JM1NC25F371035506 | Red |
| Mazda MX-5 | | 5489 | 612 | | | In Service | | MX-5 | GA | JM1NC25F071035544 | Red |
| Mazda MX-5 | | 5489 | 613 | | | In Service | | MX-5 | GA | JM1NC25F9070129601 | Black |
| Mazda MX-5 | 5489 out back | | 614 | | | Out of Service | Turn 12 BFG | MX-5 | GA | JM1NC25F570135586 | Black |
| Mazda MX-5 | | 5489 | 615 | 19 | | In Service | quarter panel | MX-5 | GA | JM1NC25F970135770 | Red |
| Mazda MX-5 | | 5489 | 616 | | | In Repair | sterring rack | MX-5 | GA | JM1NC25F170135729 | Red |
| Mazda MX-5 | Autobahn | | 617 | Front Impact | | Out of Service | Regional | MX-5 | GA | JM1NC25F170136042 | Black |
| Mazda MX-5 | Bone Yard | | 618 | | | Out of Service | ADV2 Damage | MX-5 | GA | JM1NC25F570135960 | Red |
| Mazda MX-5 | | 5489 | 619 | | | BER | heavy front damage | MX-5 | GA | JM1NC25FX70135700 | Red |
| Mazda MX-5 | | 5489 | 620 | | | In Service | | MX-5 | GA | JM1NC25F570135622 | Red |
| Mazda MX-5 | Bone Yard | | 621 | | | Out of Service | | MX-5 | GA | JM1NC25F070135656 | Red |
| Mazda MX-5 | | 5489 | 622 | | | In Repair | blown engin | MX-5 | GA | JM1NC25F670136617 | |
| Mazda MX-5 | | 5489 | 623 | | | In Service | | MX-5 | GA | JM1NC25F070136592 | White |
| Mazda MX-5 | F & R Damage | | 624 | | | Out of Service | Regional | MX-5 | GA | JM1NC25F470136566 | Red |
| Mazda MX-5 | Bone Yard | | 625 | | | Out of Service | Road America crash | MX-5 | GA | JM1NC25F470136570 | Red |
| Mazda MX-5 | Bone Yard | | 626 | | | Out of Service | | MX-5 | GA | JM1NC25F470136647 | Red |
| Mazda MX-5 | | 5489 | 627 | | | In Service | | MX-5 | GA | JM1NC25F170124505 | White |
| Mazda MX-5 | Bone Yard | | 628 | | | Out of Service | clutch | MX-5 | GA | JM1NC25F970136627 | White |
| Mazda MX-5 | Dismantled | | 629 | | | BER | | MX-5 | GA | JM1NC25F070136631 | White |
| Mazda MX-5 | | 5489 | 630 | | | In Service | | MX-5 | GA | JM1NC25F570136557 | Red |
| Mazda MX-5 | | 5489 | 631 | 66 BFG | | In Service | | MX-5 | GA | JM1NC25F470136714 | White |
| Mazda MX-5 | Bone Yard | | 632 | | | Out of Service | Heavy LF Damage | MX-5 | GA | JM1NC25F270136758 | Red |
| Mazda MX-5 | RATL | | 633 | | | In Repair | LR Quarter panel/trunk pan | MX-5 | GA | JM1NC25FX70136684 | White |
| Mazda MX-5 | R.Road Race | | 634 | | crashed | Out of Service | Regional | MX-5 | GA | JM1NC25F970136711 | Black |
| Mazda MX-5 | Bone Yard | | 635 | | | BER | | MX-5 | GA | JM1NC25F370136767 | |
| Mazda MX-5 | Bone Yard | | 636 | | | Out of Service | Crash RATL 11/13/14 | MX-5 | GA | JM1NC25F570136625 | Red |
| Mazda MX-5 | Bone Yard | | 637 | | | BER | | MX-5 | GA | JM1NC25F370136742 | |
| Mazda MX-5 | Bone Yard | | 638 | | | Out of Service | | MX-5 | GA | JM1NC25FX70136815 | White |

Vehicle Inventory

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Mazda MX-5 | Bone Yard | | 639 | | Out of Service | MRLS Pro Challenge | MX-5 | GA | JM1NC25F970136739 | |
| Mazda MX-5 | Pitt/RA Races | | 640 | | Out of Service | Regional | MX-5 | GA | JM1NC25F270136789 | Red |
| Mazda MX-5 | | 5489 | 641 | | In Service | | MX-5 | GA | JM1NC25F970136823 | Black |
| Mazda MX-5 | Shop | | 642 | | Out of Service | | MX-5 | GA | JM1NC25F170136735 | Red |
| Mazda MX-5 | | 5489 | 643 | | In Service | | MX-5 | GA | JM1NC25FX70136796 | White |
| Mazda MX-5 | 5489 out back | | 644 | | Out of Service | front cradle lh front rail | MX-5 | GA | JM1NC25F270136677 | |
| Mazda MX-5 | Bone Yard | | 645 | | Out of Service | | MX-5 | GA | JM1NC25F580150977 | Red |
| Mazda MX-5 | Dismantled | | 646 | | BER | | MX-5 | GA | JM1NC25F280150399 | |
| Mazda MX-5 | Bone Yard | | 647 | | Out of Service | | MX-5 | GA | JM1NC25F180151110 | Red |
| Mazda MX-5 | | 5489 | 648 | | In Service | | MX-5 | GA | JM1NC25F480151036 | Red |
| Mazda MX-5 | Bone Yard | | 649 | | BER | | MX-5 | GA | JM1NC25F580151010 | Red |
| Mazda MX-5 | | 5489 | 650 | 50 car | In Repair | blown engin | MX-5 | GA | JM1NC25F680150583 | Red |
| Mazda MX-5 | RATL Shop | | 651 | | Out of Service | lf frame horn , rad support front bumber, hood, | MX-5 | GA | JM1NC25F580151143 | Red |
| Mazda MX-5 | Shop | | 652 | | Out of Service | | MX-5 | GA | JM1NC25F180150667 | Red |
| Mazda MX-5 | | 5489 | 653 | | Out of Service | needs engin/lh axle/ body work | MX-5 | GA | JM1NC25F080153558 | Red |
| Mazda MX-5 | Dismantled | | 654 | | BER | | MX-5 | GA | JM1NC25F | |
| Mazda MX-5 | Bone Yard | | 655 | | Out of Service | | MX-5 | GA | JM1NC25F280153643 | Red |
| Mazda MX-5 | Shop | | 656 | LH Quarter Par | Out of Service | | MX-5 | GA | JM1NC25F580153524 | Black |
| Mazda MX-5 | Bone Yard | | 657 | | BER | | MX-5 | GA | JM1NC25F680153564 | Red |
| Mazda MX-5 | Sebring | | 658 | | Out of Service | | MX-5 | GA | JM1NC25F780153542 | Black |
| Mazda MX-5 | Bone Yard | | 659 | | Out of Service | | MX-5 | GA | JM1NC25F780153671 | Red |
| Mazda MX-5 | Wyotech | | 660 | | BER | | MX-5 | GA | JM1NC25F580151143 | Red |
| MX-5 Club Sport | Owned | | 664 | 4329 | In Service | | DS | GA | JM1NC2LF4D0231157 | Black |
| MX-5 Club Sport | Owned | | 667 | | In Service | | DS | GA | JM1NC2LFXE0234808 | Red |
| MX-5 Club Sport | Owned | | 668 | | In Service | | DS | GA | JM1NC2LF7E0234801 | Red |
| MX-5 Club Sport | Owned | | 669 | | In Service | | DS | GA | JM1NC2LF7E0234779 | Red |
| MX-5 Club Sport | owned | | 670 | | In Service | | DS | GA | JM1NC2LF2E0234768 | Red |
| MX-5 Club Sport | owned | | 671 | | In Service | | DS | GA | JM1NC2LF7E0234765 | RED |
| MX-5 Club Sport | owed | | 673 | | In Service | | DS | GA | JM1NC2LF1F0239557 | WHITE |
| MX-5 Club Sport | owed | | 675 | | In Service | | DS | GA | JM1NC2PF0239903 | BLACK |
| Dually | leased | | 901 | | In Service | | Support/Shop | GA | 1FTWW32P57EB09944 | |
| Dually | leased | | 902 | | In Service | DODGE Big Tank | Support/Shop | GA | 1B7MC33631J568829 | |
| 1990 f250 | leased | | 905 | | Out of Service | | Support/Shop | GA | 2FDLF47M4LCA91973 | |
| Mustang | leased | | 5905 | | In Service | | HP | GA | 1FA6P8CF2F5336819 | Green |
| Mustang | leased | | 5915 | | In Service | | HP | GA | 1FA6P8CF0F5336804 | Silver |
| Mustang | leased | | 5925 | | In Service | | HP | GA | 1FA6P8CF0F5321686 | Black |
| Mazda 3 | owned | | 6103 | | In Service | | DS | GA | JM1BM11T70F1246285 | Silver |
| Mazda 3 | owned | | 6113 | | In Service | | DS | GA | JM1BM1T77F122330 | Silver |
| Mazda 3 | owned | | 6123 | | BER | | DS | GA | JM1BM1T70F1247100 | Black |
| Porsche 911 | leased | | 7703 | 970 | In Service | | HP | GA | WP0AA2A99DS106225 | Silver |
| Porsche 911 | leased | | 7713 | 7671 | In Service | | HP | GA | WP0AA2A93DS106284 | Silver |
| Porsche 911 | leased | | 7723 | 4376 | In Service | | HP | GA | WP0AA2A97DS106224 | Red |
| PENSKE | leased | | 615855 | | In Service | | Support/Shop | GA | | White |
| PENSKE | leased | | 615856 | | In Service | | Support/Shop | GA | | White |
| PENSKE | leased | | 615858 | | In Service | | Support/Shop | GA | | White |
| Trailer | Flat Trailer | | C1803R | | Out of Service | | Support/Shop | GA | 16MF11828SD019614 | |
| Trailer | Box Trailer | | C1804R | | In Service | | Support/Shop | CA | 16HGB20285G072348 | |
| Trailer | Flat Trailer | | C1805R | | Out of Service | | Support/Shop | GA | 16MF11823VD020772 | |
| Trailer | Hospitality | | C2001R | | In Service | | Support/Shop | GA | 5A3C820D46L003700 | |
| Trailer | Flat Trailer | | C2207R | | In Service | | Support/Shop | GA | 431FS222731000490 | |
| Trailer | Box Trailer | | C2401R | | Out of Service | | Support/Shop | GA | 4FGL02429WD411302 | |
| Trailer | Box Trailer | | C2403R | | In Service | | Support/Shop | GA | 4FPWB24222G062922 | |
| Trailer | Open Hauler | | C4601R | | Out of Service | | Support/Shop | GA | 1FPL48307HA004057 | |
| Trailer | Car Hauler | | C4801G | | In Service | | Support/Shop | GA | 1GRAA9626GB113201 | |
| Trailer | MX 5 | | C4802G | | In Service | | Support/Shop | GA | 1GRAA9421GB107502 | |

**Skip Barber Racing School LLC**

Vehicle Inventory

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trailer | Car Hauler | C4803G | | | Out of Service | | Support/Shop | GA | 1GRAA9623GB107503 | |
| Trailer | 5 Car Hauler | C4805G | DOT 9/20/14 | | In Repair | | Support/Shop | GA | 1GRAA942XGB107501 | |
| Trailer | R/T Hauler | C5301G | | | In Service | | Support/Shop | GA | 1GRAA06261B017701 | |
| Trailer | R/T Hauler | C5302G | Brake issue | | In Repair | | Support/Shop | GA | 1GRAA06281B017702 | |
| Trailer | R/T Hauler | C5303G | | | Out of Service | | Support/Shop | GA | 1GRAA062X1B017703 | |
| Trailer | R/T Hauler | C5304G | DOT 9/20/14 | | In Service | | Support/Shop | GA | 1GRAA06211B017704 | |
| Trailer | R/T Hauler | C5305G | DOT 9/20/14 | | In Service | | Support/Shop | GA | 1GRAA0627YB098508 | |
| Trailer | R/T Hauler | C5306G | DOT 9/20/14 BRAKES/ S | | In Service | | Support/Shop | GA | 1GRAA0623YB098506 | |
| Trailer | R/T Hauler | C5307G | | | Out of Service | | Support/Shop | GA | 1GRAA0621YB098505 | |
| Trailer | MX-5 Hauler | C5309G | DOT 9/20/14 | | In Service | | Support/Shop | GA | 1GRAA0625SS088101 | |
| Trailer | MX-5 Hauler | C5310R | | | In Service | | Support/Shop | GA | 1M9CSFC212T486355 | |
| Trailer | Utility Trailer | C5311R | | | In Service | | Support/Shop | GA | 1JTR532Y4TH350013 | |
| Trailer | Hospitality | H2001R | | | Out of Service | | Support/Shop | GA | | |
| Trailer | Hospitality | H5301G | | | In Service | | Support/Shop | GA | 1KKVD5336WL111159 | |
| Trailer | Mazda Parts | P3601R | | | In Service | | Support/Shop | GA | 48B500S29X1033495 | |
| Trailer | WC RT Parts | P4801PTS | | | In Service | | Support/Shop | GA | 1GRAA9425GB107504 | |
| Trailer | MX-5 Parts | P4802G | DOT 8/14 | | In Service | | Support/Shop | GA | 1DTV51Z2XKA188841 | |
| Trailer | R/T Parts | P5302G | DOT 9/20/14 | | In Service | | Support/Shop | GA | 1GRAA0625SS087501 | |
| Trailer | Show Car | C1602R | | | In Service | | Support/Shop | GA | 48B500G22X1035615 | |
| | | | | | | | | | | |
| MX-5 Club Sport | Owned | 672 | | | Out of Service | Hugh's Transportation Inc. 14822 Lee Hwy Buchanan VA. 24066 54 | DS | VA | JM1NC2LFXE0234789 | RED |
| Trailer | Flat Trailer | C2206R | | | Out of Service | Hugh's Transportation Inc. 14822 Lee Hwy Buchanan VA. 24066 54 | Support/Shop | VA | 431FS222461000838 | |
| Dually | leased | 261 | | | Out of Service | M&M Repair 629 Wises Grove Road New Brighton, PA> 15066 724 | Support/Shop | PA | 1FTWW32P37EB09943 | |
| | | | | | | | | | | |
| Mazda MX-5 | Show Car | 661 | | | Out of Service | Converted to Race Car, owned by LRP | MX-5 | NA | JM1NC2LF0D0231074 | Black |
| Mazda MX-5 | Owned by LRP 2/29/16 | 662 | | | Out of Service | Converted to Race Car, owned by LRP | MX-5 | NA | JM1NC2LF6D0231130 | Black |
| MX-5 Club Sport | Owned by LRP 2/29/16 | 674 | | | Out of Service | | DS | NA | JM1NC2MF7F0239870 | |
| MX-5 Club Sport | Owned by LRP 2/29/16 | 676 | | | Out of Service | | DS | NA | JM1NC2PFXF0239888 | |