## Exhibit "A" to Rule 1007-2 Declaration

## <u>List of Creditors Holding 20 Largest Unsecured Claims</u>

Pursuant to Local Bankruptcy Rule 1007-2, the following is a list of those creditors holding the 20 largest unsecured claims against the Debtor.  This list has been prepared from the books and records of the Debtor, and in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure in connection with the filing of the Debtor's chapter 11 petition.  This list does not include (a) persons who come within the definition of "insider" set forth in 11 U.S.C. §101, (b) secured creditors unless the value of the collateral is less than the total amount of such creditor's claim or (c) claims held by any of the Debtor's employees.

The information set forth on this Schedule shall not constitute an admission of liability by, nor is binding on, the Debtor, and the failure to list a claim as contingent, disputed or subject to set-off shall not be a waiver of the Debtor's rights related hereto.

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
|---|---|---|---|
| Lime Rock Park<br>497 Lime Rock Rd.<br>Lakeville, CT 06039<br>Attn: Skip Barber<br>Fax: 860 671 1409<br>Email: skip@limerock.com | $1,225,000.00 | | Trade Debt |
| Peoples Credit Card<br>255 Bank Street<br>Waterbury, CT 06702<br>Attn: Jon Gasior<br>Fax: 203 338 3563<br>Email: Jon.gasior@peoples.com | $249,000.00 | | Trade Debt |
| Road Atlanta<br>5300 Winder Highway<br>Braselton, GA 30517<br>Attn: Geoff Lee<br>Fax: 770 967 6143<br>Email: glee@roadatlanta.com | $239,617.19 | | Trade Debt |
| County of Monterey<br>168 West Aisal Street, 3d Fl.<br>Salinas, CA 93901<br>Attn:<br>Fax:<br>Email: | $169,568.00 | | Trade Debt |

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
|---|---|---|---|
| Lowry Insurance<br>2101 Rexford Rd, Suite 150-W<br>Charlotte, NC 28211<br>Attn: John Lowry<br>Direct: 704-940-1638<br>Email: jlowry@lowryassoc.com | $125,329.00 | | Trade Debt |
| Green Savoree-Mid Ohio LLC<br>7721 Steam Corners Rd.<br>Lexington, OH 44907<br>Attn:<br>Fax:<br>Email: | $112,000.00 | | Trade Debt |
| Smith & Howard, PC<br>271 17th Street, NW, Suite 1600<br>Atlanta, GA 30363<br>Attn: Paul Atkinson<br>Fax: 404 879 3248<br>Email: patkinson@SMITH-HOWARD.COM | $111,595.25 | | Accounting services |
| Penske Truck Leasing LP<br>PO Box 563<br>Rt. 10 Green Hills<br>Reading, PA 19607<br>Attn: Jim Moreland<br>Fax: 908 963 3108<br>Email: Jim.moreland@penske.com | $107,770.51 | | Trade Debt |
| Palm Beach International Raceway<br>17047 Beeline Hwy<br>Jupiter, FL 33478<br>Attn: Chris Lencheski<br>Fax: 484 951 1566<br>Email: clencheski@irgse.com | $105,983.00 | | Trade Debt |
| Indycar<br>4551 West 16th St.<br>Indianapolis, IN 43222<br>Attn: Mark Sibla<br>Fax: 317 492 6425<br>Email: msibla@indycar.com | $66,000.00 | Disputed | Trade Debt |

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
|---|---|---|---|
| Alston & Bird<br>1201 West Peachtree Street<br>Atlanta, GA 30909<br>Attn:<br>Fax:<br>Email: | $62,125.00 | | Legal fees |
| Virginia International Raceway<br>1245 Pine Tree Road<br>Alton, VA 24520<br>Attn: Connie Nyholm<br>Fax: 434 822 7700 X 118<br>Email: cnyholm@virnow.com | $56,623.77 | | Trade Debt |
| Road Atlanta<br>5300 Winder Highway<br>Braselton, GA 30517<br>Attn: Connie Nyholm<br>Fax: 434 822 7700 X 118<br>Email: cnyholm@virnow.com | $ 48,000.00 | | Trade Debt |
| K&K Insurance Group, Inc.<br>1712 Magnavox Way<br>Fort Wayne, IN 46804<br>Attn: Kraig Hopkins<br>Fax: 419 366 9177<br>Email:<br>kraig.hopkins@kandkinsurnace.com | $ 45,704.50 | Contingent | Trade Debt |
| Salesforce.com Inc.<br>The Landmark at One Market<br>Suite 300<br>San Franscisco, CA 94105<br>Attn:<br>Fax:<br>Email: | $40,484.16 | | Trade Debt |
| NOLA Motor Club LLC<br>PO Box 2340<br>Marerro, LA 70073<br>Attn:<br>Fax:<br>Email: | $13,675.00 | | Trade Debt |

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
|---|---|---|---|
| Littler Mendelsohn PC<br>3344 Peachtree Road NE<br>Suite 1500<br>Atlanta, GA 30326<br>Attn: Wes Stockard<br>Fax: 404 443 3502<br>Email: wstockard@littler.com | $35,255.34 | | Legal fees |
| MG Studio.Com<br>1319 West 1th Street<br>Los Angeles, CA 90015<br>Attn:<br>Fax:<br>Email: | $32,848.96 | | Trade Debt |
| Bay Park Hotel<br>1425 Munras Avenue<br>Monterey, CA 93940<br>Attn: Tony Lombardo<br>Fax: 831 751 2331<br>Email: tony@alombardolaw.com | $32,618.57 | | Trade Debt |
| Willow Springs Int'l Raceway<br>3500 75th St. W<br>Rosamond, CA 93560<br>Attn:<br>Fax:<br>Email: | $29,600.00 | | Trade Debt |

## List of Largest Secured Creditors

Pursuant to Local Bankruptcy Rule 1007-2(a)(5), the following is a list of the secured creditors of the Debtor.  This list has been prepared from the books and records of the Debtor, and in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure, in connection with the filing of the Debtor's case under chapter 11.

The information set forth on this Schedule shall not constitute an admission of liability by, nor is binding on, the Debtor, and the failure to list a claim as contingent, disputed or subject to set-off shall not be a waiver of any of the Debtor's rights related hereto.

People's United Bank
255 Bank Street
Waterbury, Connecticut 06702

CMS Mezzanine Debt Subpartnership
308 E. Lancaster Avenue, Suite 300
Wynnewood, Pennsylvania 19096

Michael C. Culver via a participation with
CMS Mezzanine Debt Subpartnership
162 Amenia Union Rd.
Amenia, New York 12501

Estate of David M. Culver
256 Metcalfe Avenue
Westmount, Quebec
H3Z 2J1
Canada

**<u>Assets and Liabilities of the Debtor</u>**
[As of May 18, 2017 on an unaudited basis]


Total Assets…………………………………. $3.9 million
Total Liabilities…………………………….…  $12.4 million

## **Publicly Traded Securities**

      Pursuant to Local Bankruptcy Rule 1007-2(a)(7), there are no debt securities of the Debtor publicly held, nor are there equity securities of the Debtor which are publicly held.

## <u>Debtor's Property Not in its Possession</u>

Pursuant to Local Bankruptcy Rule 1007-2(a)(8), listed below are the locations where property of the Debtor is in the possession or custody of certain inventory centers or public warehouses.

Not applicable.

### List of Owned/Leased Premises

     Pursuant to Local Bankruptcy Rule 1007-2(a)(9), listed below is the property or premises owned, leased or held under other arrangements by the Debtor from which the Debtor operates its business.

162 Amenia Union Rd.
Amenia, New York 12501

5489 Technology Parkway
Braselton, GA 30517

## <u>Location of Debtor's Books and Records</u>

Pursuant to Local Bankruptcy Rule 1007-2(a)(10), the Debtor has books and records in its offices located at –

The Debtor's books and records are located at:

162 Amenia Union Rd.
Amenia, New York 12501

The Debtor's substantial assets are located at:

5489 Technology Parkway
Braselton, GA 30517

## **Litigation**

Pursuant to Local Bankruptcy Rule 1007-2(a)(11), People's United Bank obtained a Temporary Restraining Order in the action captioned: *People's United Bank. v. Skip Barber Racing School, LLC*, 2017-CV-165-2, State Court, Hall County, Georgia.

## **Senior Management**

Pursuant to Local Bankruptcy Rule 1007-2(a)(12), the following is a list of individuals comprising the Debtor's existing senior management, describing their tenure and relevant responsibilities and experience.

| Name/Position | Experience/ Responsibilities |
|---|---|
| Michael C. Culver<br>Chief Executive Officer and<br>Chairman of the Board of Directors | Mr. Culver joined the Debtor as Managing Member in July 2009. |
| Maurice Morissette<br>Acting CFO<br>Independent contractor | |
| | |
| | |
| | |

## Payroll

Pursuant to Local Bankruptcy Rule 1007-2(b)(1)-(2) (A) and (C), the following provides the Debtors' estimated monthly payroll for employees (not including officers, directors and stockholders), and the estimated amount to be paid to officers, directors, stockholders, and financial and business consultants retained by the Debtor, for the thirty-day period following commencement of the Debtor's chapter 11 case.

| Position Title | Employee | 30 Calendar Days 5/19 thru 6/18 Payroll |
|---|---|---|
| **Officers, Directors, Stockholders:** | | $12,000 |
| **Employees:** | | $50,000 |
| **Contractors (instructors):** | | $20,000 |
| **Total All** | | $82,000 |

## **Estimate Cash Receipts/Budget**

Pursuant to Local Bankruptcy Rule 1007-2(b)(3), the following provides, for the thirty-day period following commencement of its chapter 11 case, the Debtor's estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue that remain unpaid, other than professional fees.

[See attached budget]