# EXHIBIT B

**Skip Barber Racing School LLC**
**2017 Cash Projection June-Dec**
**5.19.17**

| | 26-May | 2-Jun | 9-Jun | 16-Jun | 23-Jun | 30-Jun | 7-Jul | 14-Jul | 21-Jul | 28-Jul | 4-Aug | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning cash | $ 1,000 | $ 7,342 | $ (14,476) | $ (6,541) | $ 9,884 | $ 49,529 | $ 97,026 | $ 108,803 | $ 132,435 | $ 171,418 | $ 237,834 | $ 1,000 |
| | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | |
| Retail | 80,735 | 80,735 | 96,293 | 96,293 | 96,293 | 96,293 | 95,086 | 95,086 | 95,086 | 95,086 | 123,909 | 1,050,895 |
| Receipts used for expenses (CC) | | | | | | | | | | | | - |
| WC Loans/(repayments) | | | | | | | | | | | | - |
| Reserve | | | | | | | | | | | | - |
| Corporate | | 5,000 | | 5,000 | | 10,000 | | 10,000 | | 15,000 | | 45,000 |
| Loan | | | | | | | | | | | | - |
| ACH charges | - | - | - | - | - | - | - | - | - | - | - | |
| Other | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,200 |
| Total | 80,935 | 85,935 | 96,493 | 101,493 | 96,493 | 106,493 | 95,286 | 105,286 | 95,286 | 110,286 | 124,109 | 1,098,095 |
| | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | |
| **WAGES & BENEFITS** | | | | | | | | | | | | |
| Payroll (including taxes) | 5,550 | 19,508 | 5,550 | 19,508 | 5,550 | 19,508 | 5,550 | 19,508 | 5,550 | 19,508 | 7,600 | 132,890 |
| Officers | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 33,000 |
| | | | | | | | | | | | | - |
| Contractors-Instructors | 5,000 | 5,000 | 5,000 | 5,000 | 12,500 | 10,000 | 5,000 | 5,000 | 5,000 | | 5,000 | 62,500 |
| Contractor Pay-Actg,Mktg,Ops | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 12,100 |
| Benefits (2BCBS due $16,500 Total) | | | - | 8,000 | | | | 8,000 | | | | 16,000 |
| | 14,650 | 28,608 | 14,650 | 36,608 | 22,150 | 33,608 | 14,650 | 36,608 | 14,650 | 23,608 | 16,700 | 256,490 |
| **TRACKS** | | | | | | | | | | | | |
| AMP | | 10,000 | 32,000 | 12,000 | 12,000 | | 22,000 | 8,000 | 12,000 | | 12,000 | 120,000 |
| Roebling | | | | | | | | | | | | - |
| PBIR (includes deposits ) | | 8,000 | | | | | | 9,000 | | | | 17,000 |
| Pittsburg (payments toward 6.22 event) | 10,000 | 12,500 | 15,000 | 19,420 | | | | | | | | 56,920 |
| Natl Corvette Museum | | | | | | | | | | | | - |
| Road America | | | | | | | | | | | | - |
| Marina | | | | | | | | | | | | - |
| Carolina | 23,550 | | | | | | | | | | | 23,550 |
| VIR | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| | 33,550 | 30,500 | 47,000 | 31,420 | 12,000 | - | 22,000 | 17,000 | 12,000 | - | 12,000 | 217,470 |
| Events | 1 | 2 | 1 | 1 | 1 | - | 1 | 1 | 1 | - | 1 | |
| Track Days | 4 | 4 | 4 | 2 | 2 | - | 3 | 2 | 3 | - | 3 | |
| Ancillary Track Costs (10% of Track cost) | 3,355 | 3,050 | 4,700 | 3,142 | 1,200 | 8,200 | 2,200 | 1,700 | 1,200 | - | 1,200 | 29,947 |
| Event Costs ($2.5K per track day)/Regions | 10,000 | 10,000 | 10,000 | 5,000 | 5,000 | - | 7,500 | 5,000 | 7,500 | - | 7,500 | 67,500 |
| | | | | | | | | | | | | |
| **TRAVEL** | | | | | | | | | | | | |
| Travel - Air (AMP 2X$350/OTHER 8 X$300) | 700 | 1,400 | 1,750 | 700 | 700 | 1,750 | 700 | 3,100 | | 700 | 700 | 12,200 |
| Travel - Hotel (Track days X 10 Instructors/Techs/M... | 1,500 | 600 | 600 | 300 | 300 | - | 450 | 300 | 3,600 | - | 450 | 8,100 |
| Travel- Car rentals ( 7.5 X $30 Xtrackdays) | 600 | 120 | 120 | 60 | 60 | - | 90 | 60 | 720 | - | 90 | 1,920 |
| Other - $200/track day | 800 | 800 | 800 | 400 | 400 | - | 600 | 400 | 600 | - | 600 | 5,400 |
| | 3,600 | 2,920 | 3,270 | 1,460 | 1,460 | 1,750 | 1,840 | 3,860 | 4,920 | 700 | 1,840 | 27,620 |
| | | | | | | | | | | | | |
| Transport (Includes CDL Contracts & Fuel) | 1,500 | 1,000 | 500 | 500 | 500 | | 500 | 500 | 500 | 2,000 | 1,500 | 9,000 |
| (Estimate $3K per event-0 events $1.5K) | | | | | | | | | | | | |
| **OFFICES** | | | | | | | | | | | | |
| office expense | 500 | | 500 | 500 | | 500 | | 500 | | 500 | | 3,000 |
| New Facility | | 22,000 | | | | | 17,000 | | | | | 39,000 |
| Sebring/RATL move-Sarasota storage | | | | | | | | | | | | - |
| Utilities | | | | 1,500 | | | | 2,500 | | | | 4,000 |
| IT & Phone | 1,000 | | | | 600 | 1,000 | | | | 600 | | 3,200 |
| | 1,500 | 22,000 | 2,000 | 500 | 600 | 1,500 | 17,000 | 3,000 | - | 1,100 | - | 49,200 |
| | | | | | | | | | | | | |
| Vehicle Leases HAVE TO ADD HERE | | | | | | | | | | | | |
| HP-Shaker ($300/day ACH ) | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 16,500 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Support- Penske ($600/day ACH) | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 33,000 |
| | | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 49,500 |
| **Interest & Fees** | | | | | | | | | | | | | |
| CC Processing &Bk fee | | | 3,236 | | | | | 8,881 | | | | 8,881 | 20,998 |
| CMS/Payson | | | | | | | | | | | | | |
| | | - | 3,236 | - | - | - | - | 8,881 | - | - | - | 8,881 | 20,998 |
| **Maintenance on vehicles** | | | | | | | | | | | | | |
| RT'S | | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 20 | 22 | 24 | 26 | |
| MX5 | | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 14 | |
| $500/car  23 RT (for build to 33) | | 429 | 429 | 429 | 429 | 429 | 429 | 429 | 476 | 524 | 1,143 | 1,238 | 6,381 |
| $500   25MX5 | | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 619 | 667 | 4,071 |
| $200       6HP J-M 12 A | | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 2,200 |
| reduce by 50% | | 938 | 938 | 938 | 938 | 938 | 938 | 938 | 986 | 1,033 | 1,962 | 2,105 | 12,652 |
| | | | | | | | | | | | | | |
| **OTHER** | | | | | | | | | | | | | |
| Legal & Professional | | | | | | 2,500 | 2,500 | 2,500 | 2,500 | 3,500 | 3,500 | 3,500 | 20,500 |
| Marketing | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 1,000 | 1,000 | 1,000 | 7,000 |
| Insurance (30% down balance monthly) | | | | | | 5,000 | 5,000 | | 5,000 | 5,000 | 5,000 | 4,000 | 29,000 |
| Other | | | | | | | | | | | | | |
| | | 500 | 500 | 500 | 500 | 8,000 | 8,000 | 3,000 | 8,000 | 9,500 | 9,500 | 8,500 | 56,500 |
| **MISCELLANEOUS** | | | | | | | | | | | | | |
| | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 5,500 |
| | | | | | | | | | | | | | |
| **Total Disbursements** | | 74,593 | 107,752 | 88,558 | 85,068 | 56,848 | 58,996 | 83,509 | 81,654 | 56,303 | 43,870 | 65,226 | 802,377 |
| | | | | | | | | | | | | | |
| **Net Cash Received(Disbursed)** | | 6,342 | (21,818) | 7,935 | 16,425 | 39,645 | 47,497 | 11,777 | 23,632 | 38,983 | 66,416 | 58,884 | 295,718 |
| | | | | | | | | | | | | | |
| **Ending Cash in Bank** | $ | 7,342 | $ (14,476) | $ (6,541) | $ 9,884 | $ 49,529 | $ 97,026 | $ 108,803 | $ 132,435 | $ 171,418 | $ 237,834 | $ 296,718 | $ 296,718 |