UPDIKE, KELLY & SPELLACY, P.C.
100 Pearl Street, P.O. Box 2312777
Hartford, CT 06123
(860) 548-2622
Kevin J. McEleney, Esq.

Attorneys for People's United Bank, N.A.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
| In re | : | |
| | : | Chapter 11 |
| | : | |
| SKIP BARBER RACING SCHOOL LLC | : | Case No. 17-35871 (CGM) |
| | : | |
| Debtor. | : | |
| | : | |
------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF PAPERS AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that Updike, Kelly & Spellacy, P.C., attorneys for creditor, People's United Bank, N.A., hereby enters its appearance in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that request is hereby made pursuant to Section 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure that all notices given or required to be given in this case and all pleadings and other papers filed in the above matter shall be directed to the following:

KEVIN J. McELENEY
UPDIKE, KELLY & SPELLACY, P.C.
100 Pearl Street, P.O. Box 231277
Hartford, CT  06123-1277
Telephone: (860) 548-2600
Fax:  (860) 548-2680
Email: kmceleney@uks.com

1567980

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile or otherwise, that affect the above-captioned debtor or property of the debtor's estate.

                UPDIKE, KELLY & SPELLACY, P.C.
                Attorneys for CREDITOR,
                PEOPLE'S UNITED BANK, N.A.

By:   /s/ Kevin J. McEleney
      Kevin J. McEleney, Esq. (Bar # KM0327)
      Updike, Kelly & Spellacy, P.C.
      100 Pearl Street
      P.O. Box 231277
      Hartford, CT 06123-1277
      Tel: (860) 548-2622
      Email: kmceleney@uks.com

Dated: May 23, 2017

2

1567980