DRINKER BIDDLE & REATH LLP
321 Great Oaks Blvd.
Albany, NY 12203-5971
Phone: 518-452-8787
Fax: 518-452-8767
Stacy A. Lutkus, Esquire

*Attorneys for CMS Mezzanine Debt Subpartnership*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- X
In re:                                :
                                      :
**SKIP BARBER RACING SCHOOL LLC,**    :       Chapter 11
                                      :
          Debtor.                     :       Case No. 17-35871 (CGM)
                                      :
------------------------------------- X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE**, that Drinker Biddle & Reath LLP, attorneys for CMS Mezzanine Debt Subpartnership, ("**CMS**"), hereby enter an appearance in the above-referenced chapter 11 case (the "Chapter 11 Case") for and on behalf of CMS.

**PLEASE TAKE FURTHER NOTICE,** that request is hereby made pursuant to Sections 102(1) and 1109(b) of the Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given and required to be given in the Chapter 11 Case and copies of all papers or pleadings served or required to be served in the Chapter 11 Case be directed to the following:

88654366.1

Judith E. Reich, Esquire
DRINKER BIDDLE & REATH LLP
105 College Road East
PO Box 627
Princeton, New Jersey 08542-0627
Phone: 609-716-6500
Fax: 609-799-7000
judith.reich@dbr.com

and

Stacy A. Lutkus, Esquire
DRINKER BIDDLE & REATH LLP
321 Great Oaks Blvd.
Albany, NY 12203-5971
Phone: 518-862-7476
Fax: 518-452-8767
stacy.lutkus@dbr.com

**PLEASE TAKE FURTHER NOTICE,** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, any and all orders, notices, applications, motions, petitions, pleadings, requests, objections, complaints, demands, statements of affairs, schedules, operating reports, other filings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, e-mail, or otherwise, which relate in any way to the above-captioned case or which affect or seek to affect in any way, the rights or interests of CMS with respect to the above-captioned Debtor, or any related entity, or property or proceeds in which the Debtor may claim an interest.

**PLEASE TAKE FURTHER NOTICE,** that this Notice of Appearance and Request for

- 3 -

Service of Papers shall not be deemed or construed to be a waiver of CMS' right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, setoffs, or recoupments to which CMS is or may be entitled, in equity or in law, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 23, 2017                                              **DRINKER BIDDLE & REATH LLP**

<u>By:/s/ *Stacy A. Lutkus*       </u>
Stacy A. Lutkus
DRINKER BIDDLE & REATH LLP
321 Great Oaks Blvd.
Albany, NY 12203-5971

*Attorneys for CMS Mezzanine Debt Subpartnership*