# EXHIBIT B

## ASSET PURCHASE AGREEMENT

(to be filed prior to hearing on Bidding Procedures)